UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Townes of Rockwell Place Condominium Association, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 24-12538 |
| v. | ) ) | State Case No. 2024-CH-00000212 |
| Insurance Company of Greater New York, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendant, The Insurance Company of Greater New York ("Defendant" or "GNY"), through its attorneys and pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, removes this civil action from the Circuit Court of Lake County to the United States District Court for the Northern District of Illinois, Eastern Division. In support, Defendant states:

1. On October 30, 2024, Plaintiff Townes of Rockwell Place Condominium Association ("Plaintiff"), filed a Complaint captioned *Townes of Rockwell Place Condominium Association v. The Insurance Company of Greater New York*, No. 2024-CH-00000212, in the Circuit Court of Lake County, Illinois (the "Complaint"). Copies of all documents filed in the State Court Action are annexed hereto as **Exhibit 1**.

2. The Complaint was first served on Defendant on November 7, 2024. *See* Service of Summons within **Exhibit 1**.

## BASIS FOR FEDERAL JURISDICTION

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, 1441, and 1446 because this is a civil action in which the amount in controversy exceeds the sum of

$75,000.00, exclusive of costs and interests, and because there exists complete diversity between Plaintiff and Defendant.

4. Removal to United States District Court for the Northern District of Illinois, Eastern Division, is proper in this Court pursuant to 28 U.S.C. § 112(c) because it is the district and division embracing the place where such action is pending in accordance with 28 U.S.C. § 1441(a).

## DIVERSITY OF CITIZENSHIP

5. Plaintiff is an Illinois not-for-profit corporation with its principal place of business located in Schaumburg, IL. *See* Pl.'s Compl. ¶ 1.

6. Defendant is incorporated in the State of New York with its principal place of business in New York, NY.

7. Defendant's Corporate disclosure statement is annexed hereto as **Exhibit 2**.

## AMOUNT IN CONTROVERSY

8. In the Complaint, Plaintiff's alleges a breach of contract claim against Defendant in connection with a hail and windstorm that occurred on or around July 23, 2022 at its property located in Lakemoor, IL. *See* Pl.'s Compl. ¶ 4.

9. Defendant estimated Plaintiff's loss at $277,528.74. *See* Pl.'s Compl. ¶ 9.

10. Plaintiff submitted a Sworn Statement in Proof of Loss to Defendant claiming a covered loss in the amount of $2,785,148.10. *See* Pl.'s Compl. ¶ 10. A copy of the Sworn Statement in Proof of Loss is attached to the Complaint as Exhibit B.

11. As such, the amount in controversy is at least $2,507,619.36.

## REMOVAL PROCEDURE

12. This notice of Removal is timely because it was filed within thirty days after receipt by Defendant of Plaintiff's initial pleading on November 7, 2024. *See* 28 U.S.C. § 1446(b)(1).

13. No previous application has been made for the relief requested herein.

14. Defendant has complied with all statutes, orders, and provisions governing the removal of this action.

15. Defendant does not waive any legal defenses that it may have to defend against the allegations made by Plaintiff in the Complaint.

16. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff, and a copy is also being filed with the Clerk of the Circuit Court of Lake County, Illinois.

WHEREFORE, Defendant respectfully requests that the State Court Action be removed to the United States District Court for the Northern District of Illinois, Eastern Division, and that this Court assume jurisdiction of this action and make such further orders as may be required to properly determine this controversy.

    Respectfully submitted,

    /s/Alexander Bialk
    Matthew S. Ponzi
    Alexander Bialk
    FORAN GLENNON PALANDECH PONZI &
    RUDLOFF PC
    222 North LaSalle Street, Suite 1400
    Chicago, Illinois 60601
    (312) 863-5000
    (312) 863-5099 (Fax)
    mponzi@fgppr.com
    abialk@fgppr.com

    *Attorneys for Defendant, The Insurance Company of Greater New York*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure and/or the Northern District's Local Rules and/or the Northern District's Rules on Electronic Service upon the following parties and participants:

J. Robert Keena
Bryan M. Wiley
8050 West 78th Street
Edina, MN 55439
jkeena@hjlawfirm.com
bwiley@hjlawfirm.com

*Attorneys for Plaintiff*

/s/ Alexander Bialk