## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Townes of Rockwell Place Condominium Association

        Plaintiff,

v.

        Case No.: 1:24−cv−12538

        Honorable Sharon Johnson Coleman

Insurance Company of Greater New York

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2025:

    MINUTE entry before the Honorable Young B. Kim: Status hearing held on April 10, 2025. Plaintiff's motion for appointment of umpire and stay of discovery [19] is granted in part and denied in part without prejudice. The motion is granted to the extent that discovery is stayed until further order of the court. The motion is denied without prejudice to the extent that Plaintiff seeks the appointment of an umpire on its list. Parties are ordered to limit their list of proposed umpires to three individuals, file by April 24, 2025, cross motions for appointment of umpire, and file by May 8, 2025, oppositions to the motions. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.